EMMA A. FISH, Appellant, *v.* MARTIN F. LINSLEY, as Sheriff, etc., Respondent.

(Argued March 24, 1887; decided April 19, 1887.)

*George W. Daggett* for appellant.

*James Wood* for respondent.

Agree to affirm order, and for judgment absolute against plaintiff on stipulation; no opinion.
All concur.
Judgment accordingly.

---

JOHN F. HENRY et al., Appellants, *v.* EDWIN J. DUNNING, Jr., Respondent.

(Argued March 24, 1887; decided April 19, 1887.)

*Thorndike Saunders* for appellants.

*M. W. Divine* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.